UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RUDY LYNN CARNEY,<br><br>                    Defendant. | NO. CR-10-46-EFS<br><br>**ORDER ALLOWING DEFENDANT TO SELF REPORT** |

Before the Court, without oral argument, are Defendant Rudy Lynn Carney's Motion to Modify Release Conditions (ECF No. 59) and related Motion to Expedite (ECF No. 60). Defendant is currently out of custody on electronic home monitoring pending his sentencing on May 5, 2011. Because he can no longer afford his apartment-rent payments, Defendant seeks a Court order modifying his release conditions to terminate electronic home monitoring and allow him to self-report to custody before sentencing. The United States Attorney's Office (USAO) does not object. The Court finds good cause to allow Defendant, who has complied with his release conditions, to self-report to the Spokane County Jail by Wednesday, March 30, 2011, at 5:00 p.m.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Release Conditions **(ECF No. 59)** and related Motion to Expedite **(ECF No. 60)** are **GRANTED**.

ORDER * 1

2. On **Wednesday, March 30, 2011, by 5:00 p.m.**, Defendant is **REMANDED** to the U.S. Marshal's custody by reporting to the Spokane County Jail.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshal'S Office (which is to forward this Order to the Bureau of Prisons).

**DATED** this ___29th___ day of March 2011.


                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Criminal\2010\46.self.report.wpd

ORDER * 2