PROB 12B
(7/93)

Report Date: May 14, 2012

## United States District Court

for the

Eastern District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Rudy Lynn Carney         Case Number: 2:10CR00046-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: May 4, 2011         Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,         Date Supervision Will Commence: May 26, 2012
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Prison - 16 Months;         Date Supervision Expires: May 25, 2017
TSR - 60 Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Carney has been residing at the Spokane Residential Reentry Center (RRC) since February 24, 2012. He does not have a residence to release to nor a place to live. He is currently unemployed. He would benefit from extra time at the RRC to find a residence and employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/14/2012

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
Re: Carney, Rudy Lynn
May 14, 2012
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____      Signed: _____
U.S. Probation Officer                            Rudy Lynn Cafney
                                                  Probationer or Supervised Releasee

May 14, 2012
Date