# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

August 10, 2012

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 14 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Honorable Edward F. Shea
United States District Court
Federal Building
825 Jadwin Avenue, Room 320
Richland, WA 99352-3589

RE: CARNEY, Rudy L
Docket No.: 2:10CR00046-1
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Shea:

Mr. Carney commenced supervision and has resided at the Residential Reentry Center (RRC) since May 26, 2012. He was unable to secure adequate housing upon release from the Bureau of Prisons custody. Consequently, his conditions were modified to include the RRC placement for a period of up to 180 days.

On August 9, 2012, the undersigned officer confirmed his proposed residence at the Wolf Apartments at 240 E Sprague, Spokane, WA. The offenders primary source of income is derived from his United States military pension of approximately $1,100. He is currently seeking full time employment while in the community.

Mr. Carney has responded to all directives given him by the undersigned and complied with all rules at the RRC facility. He has participated in sexual deviancy treatment since July 2012. Based on the above factors, it appears Mr. Carney is accountable and has taken the necessary steps to insure his reentry back into the community is successful.

It is respectfully recommended that Mr. Carney be released from the RRC facility with all other conditions of supervised release to remain in effect.

RE: Carney, Rudy L
August 10, 2012
Page 2

Should Your Honor require a different course of action, or require a Court appearance by Mr. Carney, please advise the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer


s/ Tommy Rosser            08/10/2012
Tommy Rosser               Date
U.S. Probation Officer


TR:ms


THE COURT ORDERS

[X] Release from Residential Reentry Center Placement
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

August 14, 2012
Date